NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IRONBURG INVENTIONS LTD.,**
*Appellant*

**v.**

**VALVE CORPORATION,**
*Cross-Appellant*

---

2018-1432, 2018-1731, 2018-1783

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2016-00948, IPR2016-00949.

---

## JUDGMENT

---

ROBERT DAVID BECKER, Manatt, Phelps, & Phillips, LLC, San Francisco, CA, argued for appellant.

SHARON A. ISRAEL, Shook, Hardy & Bacon, LLP, Houston, TX, argued for cross-appellant. Also represented by TANYA L. CHANEY, KYLE E. FRIESEN; PATRICK A. LUJIN, BASIL TRENT WEBB, Kansas City, MO; JOSHUA CHARLES HARRISON, REYNALDO BARCELO, Barcelo, Harrison & Walker, LLP, Newport Beach, CA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (O'MALLEY, LINN, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| July 15, 2019 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |